UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMONT WILLIAM JONES,<br><br>    Plaintiff,<br><br>    v.<br><br>MENDOCINO COUNTY, et al.,<br><br>    Defendants. | Case No. 24-cv-07435-EMC<br><br>**ORDER OF DISMISSAL**<br>Re: ECF No. 11 |

On June 11, 2025, the Court screened Plaintiff Lamont William Jones' complaint and filed an order of dismissal with leave to amend. ECF No. 12. The order warned Jones that the case may be dismissed if he failed to file an amended complaint or habeas petition within 28 days. *Id.* at 5. On June 25, 2025, the order of dismissal with leave to amend was returned to the Court as undeliverable. ECF No. 15. More than three months later, the Court has not received an amended complaint, request for extension of time, or any other communication from Jones. Given that Jones failed to comply with Civil Local Rule 3-11 and failed to file an amended complaint, the matter is **DISMISSED WITHOUT PREJUDICE**. *See WMX Techs. v. Miller*, 104 F.3d 1133, 1136 (9th Cir. 1997) (holding that further action by district court is necessary where plaintiff fails to amend after dismissal with leave to amend); *Carey v. King*, 856 F.2d 1439, 1441 (9th Cir. 1988) (affirming dismissal of pro se prisoner's complaint for failing to notify court of his change of address). The Clerk shall terminate all pending motions and close the file.

**IT IS SO ORDERED.**

Dated: September 16, 2025

_____
EDWARD M. CHEN
United States District Judge